DIAL INDUSTRIES, INC.,
Plaintiff–Appellant,

v.

LIPPER INTERNATIONAL, INC.,
Defendant–Appellee.

No. 2007–1144.

United States Court of Appeals,
Federal Circuit.

Nov. 15, 2007.

ON MOTION

*ORDER*

Dial Industries, Inc. moves to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.